No. 00–1278. FARRELL-FRANCIS v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 00–1280. SNELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–1282. TARSNEY ET AL. v. O'KEEFE, COMMISSIONER, MINNESOTA DEPARTMENT OF HUMAN SERVICES. C. A. 8th Cir. Certiorari denied.

No. 00–1285. PHILIP v. LEE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 00–1288. YONG HO AHN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–6700. TREVINO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–6740. SUSTACHE-RIVERA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–6782. MAUK v. GEORGIA. Ct. App. Ga. Certiorari denied.

No. 00–6806. WADDELL v. UNIVERSITY OF MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 00–6831. FISH v. GAINESVILLE CITY SCHOOL DISTRICT ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6887. VALDEZ ET UX. v. PROPERTY RESERVE, INC., ET AL. Sup. Ct. Haw. Certiorari denied.

No. 00–7006. RODRIGUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7011. HAMEEN, AKA FERGUSON v. DELAWARE. C. A. 3d Cir. Certiorari denied.

No. 00–7031. KAFKA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7040. WOOD v. UNITED STATES. C. A. 2d Cir. Certiorari denied.